

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00243-CR

ANGELA SPENCER                                                            APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

### FROM COUNTY CRIMINAL COURT NO. 3 OF TARRANT COUNTY
### TRIAL COURT NO. 1468378

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Defendant's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). Because this court has not yet issued a decision in this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  SUDDERTH, C.J.; WALKER and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 21, 2018